UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**ORIGINAL**

DWAYNE HARVEY, PLAINTIFF
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s)*

GLEESON, J.

-against-

BLOOM, M.J.

THE CITY OF NEW YORK, et. al., AND
THE NEW YORK CITY POLICE DEPARTMENT
QUEENS COUNTY DIVISION, POLICE OFFICER
MUNRO, SHIELD #13600, 113th Pct. In His
OFFICIAL CAPACITY; POLICE OFFICER
KESSLER, SHIELD # 27043, In His
OFFICIAL CAPACITY.
                            Defendant(s).

CV 16 0901

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes ☐ No
(check one)

**RECEIVED**
FEB 29 2016
**PRO SE OFFICE**

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.  **Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name  Mr. Dwayne Harvey
           ID # _____
           Current Institution  RNDC FACILITY RIKERS ISLAND
           Address  11-11 HAZEN STREET, EAST ELMHURST,
                    Ny 11370

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  THE CITY OF NEW YORK, et. al.,   Shield # _____
                  Where Currently Employed _____
                  Address  100 CHURCH STREET
                           Ny Ny 10007 Dept. of Law

Rev. 05/2010                           1

Defendant No. 2    Name __NEW YORK CITY POLICE DEPT.__    Shield #_____
                   Where Currently Employed __One Police Plaza__
                   Address __New York, NY 10037__

Defendant No. 3    Name __Police Officer  Munro__    Shield # __13600__
                   Where Currently Employed __113th Pct, Queens Division__
                   Address __167-02 Balsley Boulevard__

Defendant No. 4    Name __Police Officer Kessler__    Shield # __27043__
                   Where Currently Employed __113Th Pct__
                   Address __167 Balsley Boulevard__

Defendant No. 5    Name _____    Shield #_____
                   Where Currently Employed _____
                   Address _____

II.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?
      __N/A__

B.    Where in the institution did the events giving rise to your claim(s) occur?
      __N/A__

C.    What date and approximate time did the events giving rise to your claim(s) occur?
      __8/4/15 Approximately 2250 Hrs__

| | |
|---|---|
| What happened to you? | D. Facts: On, August 4th, 2015, At about 11:05 P.M., At The InterSection of 111 Avenue and 146th Street, County of Queens, State of New York. The Plaintiff was Arrested For Drunk Driving, Inter-Alia, After failing a Series of Field Sobriety Test, Taken at the 112th & 113TH Pct(s). These Tests were Taken by, P.O. Kessler, at either Pct? Soon thereafter, P.O. |
| Who did what? | Munro arrested the Plaintiff. The Plaintiff if physically disabled and could not take the walking test, also, could not properly blow, due to the illness of, (C.O.P.D.). Only one test result was listed, after (2 to 3) trys. It was claimed that a result of .082 of one percentum or more by weight of Alcohol was found in my blood. P.O. Kessler used a Machine known as an (INTOXILYZER 5000EN)("INTOXILYZER")(SEE: EXHIBIT (A):) FELONY |
| Was anyone else involved? | COMPLAINT AND NUMEROUS CHARGES LISTED THEREIN. ALSO SEE: EXHIBIT (B): 113PCT INTOXILYZER/ALCOHOL ANALYZER -MODEL 5000EN (I.D.T.U. ()TEST()# 15Q1439. EXHIBIT (C): ARRESTING OFFICERS REPORT (I.D.T.U.), EXHIBIT (D): TECHNICIAN TEST REPORT, EXHIBIT (E): INTOXICATED ▇▇▇▇ EXAMINATION(2ND SHEET instruction), (EXHIBIT (F): INTOXICATION DRIVER EXAMINATION (2ND) AND; EXHIBIT (G): ▇▇▇ CRIMINAL TEST ANALYSIS. |
| Who else saw what happened? | SEE: KIMBERLY McCAIN V. DISTRICT OF COLUMBIA ET; AL., 2014 U.S. DIST. LEXIS 141734 CIVIL ACTION NO.: 13-1589 (BJL) |

III.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

**N/A**

IV.  Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

**N/A**

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___   No **XX**

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____ **N/A** _____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   **N/A**

   Yes ____   No ____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ____   No ____   Do Not Know ____   **N/A**

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ____   No ____   **N/A**

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ____   No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

   _____ **N/A** _____

   1. Which claim(s) in this complaint did you grieve? _____

   _____ **N/A** _____

   2. What was the result, if any? _____

   _____ **N/A** _____

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

   _____ **N/A** _____

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: _____

   _____ **N/A** _____

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

*Rev. 05/2010*                                    4

when and how, and their response, if any: _____

_____

_____

_____

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. The Defendant's collectively, committed negligence, Gross Negligence, Negligent Supervision, Intentional Infliction of Emotional Distress, and and Violations of his Constitutional Rights pursuant to, 42 U.S.C. § 1983. The Plaintiff also claims, False Arrest, and False Imprisonment, Unconstitutional Imprisonment. [U.S.C.A.Const.Amend(s), 4, 5, 6, 8 and 14].

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). For All The Causes of Actions that this Court finds defendants guilty of, A Total of $500,000.00 Dollars, including, In both, Compensation & Punitive Damages, That this Court deems sufficient, last, that Pro-se Attorney's Fees be awarded (PLRA) 42 U.S.C. 1988, Costs, Fees and any Expenses Pro-se Plaintiff owls, (+) 150% of any award.

VI. Previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

On these claims

Yes ____ No XX

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____
                            N/A
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
                                                    N/A
3. Docket or Index number _____
4. Name of Judge assigned to your case __N/A_____
5. Approximate date of filing lawsuit __N/A_____
6. Is the case still pending? Yes ____ No ____  N/A
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ____N/A_____

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ____ No **XX**

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26 day of __January__, 20__16__

Signature of Plaintiff  Dwayne Harvey
Inmate Number  441-150-6467
Institution Address  R.N.D.C. facility
11-11 Hazen St.
E. Elmhurst, NY
11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 26 day of __January__, 20__16__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Dwayne Harvey 441-150-6467