UNITED STATES DISTRICT COURT
EASTERN* DISTRICT OF NEW YORK_____x

DWAYNE HARVEY, Plaintiff

            -against-

THE CITY OF NEW YORK, et. al., and;
THE NEW YORK CITY POLICE DEPATMENT,
(QUEENS COUNTY DIVISION); POLICE
OFFICER, "MUNRO, SHIELD #13600,"113th
In His Official Capacity; and,
POLICE OFFICER, "KESSLER, SHIELD #
27043, In His Official Capacity.

            Defendant(s).
------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 08 2016 ★

BROOKLYN OFFICE
*AMENDED COMPLAINT.*

16 cv 00901-RRM-LB

1. LEGAL BASIS FOR CLAIM: VIOLATION OF MY CONSTITUTIONAL RIGHTS.

2. PLAINTIFF INFORMATION: DWAYNE HARVEY (B & C # 441-15-06467)
   RNDC FACILITY  11-11 HAZEN STREET, EAST ELMHURST, NY 11370;
   rikers island complex*

3. PRISONER STATUS: PRETRIAL DETAINEE.

4. DEFENDANT'S INFORMATION: Defendant # 1. The City of New York
   is located at, DEPT OF LAW : CORPORATION COUNSEL, 100 CHURCH
   STREET, NEW YORK,  NY 10007.  Defendant # 2. New York City
   Police Department is located at, One Police Plaza, Ny Ny 10037,
   Defendant # 3. P/O Munro Shield # 13600 is at the 113Th Pct,
   Queens Division, 167-02 Balsley Blvd, and Defendant # 4. P/O
   Kessler, Shield # 27043, is located at same Pct & Address as
   P/O Munro.

5. AMENDED STATEMENT OF CLAIM: On August 4th, 2015, at about 11:05 P.M.,
   At The Intersection of 111 Avenue and 146th Street, County of Queens, State
   of New York.  The Plaintiff was Arrested For Drunk Driving, Inter-Alia, After
   failing a Series of field sobriety test, and was takened to the 113th and
   112th Pct(s). . . . These were taken by, P.O. Kessler, at either Pct? Soon
   thereafter, P.O. Munro arrested the Plaintiff.  The Plaintiff is physically
   disabled and could not take the walking test, also, could not properly blow,
   due to the illness of, (C.O.P.D.).  Only one test result was listed, after
   (2 to 3) trys.  It was claimed that a result of .082 of one percentum or
   more by weight of Alcohol was found in my blood.  P.O. Kessler used a Machine
   known as an (INTOXILYZER 5000EN)("INTOXILYZER")(SEE: EXHIBIT (A): FELONY-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
PAGE TWO: AMENDED COMPLAINT.

-COMPLAINT AND NUMEROUS CHARGES LISTED THEREIN. ALSO SEE: EXHIBIT (B): 113TH INTOXILYZER/ALCOHOL ANALYZER-MODEL 5000EN (I.D.T.U. TEST # 15Q1439.

EXHIBIT (C): ARRESTING OFFICERS REPORT (I.D.T.U.) EXHIBIT (D): TECTNICIAN TEST REPORT. EXHIBIT (E): INTOXICATED EXAMINATION (2ND SHEET Instruction), AND EXHIBIT (F): INTOXICATION DRIVER EXAMINATION (2ND) AND, EXHIBIT (G):  CRIMINAL TEST ANALYSIS.

[SEE: KIMBERLY McCain v. District of Columbia, et al., 2014 U.S.
       DIST. LEXIS 141734, CIVIL ACTION NO.: 13-1589(GK)).*

6.  INJURIES:

The Defendant has now been vendicated from the charges, (SEE:

EXHIBIT (H): DESIGNATION OF AGENT FOR ACCESS TO SEALED RECORDS
             PURSUANT TO NYCPL 160.50 AND 160.55,

sent to the Plaintiff by the Corporation Counsel. Therefore, The Plaintiff is claiming, inter-alia, False Imprisonment and False Arrest, Including all resulting injuries thereto. As The Plaintiff was violated by his contract and program in Manhattan Criminal Court and had to remain incarcerated as a result and ending. The defendant is collectively claiming, Negligence, Gross Negligence, Negligent Supervision, also Infliction of Emotional Distress, and for numerous Constitutional Violations and Causes of Actions Request Damages in the amount of: $500.000.00 Dollars, Including Punitive and Compensatory Damages that this Court Deems sufficient, also Attorney';s Fees (PLRA) & Costs Expenses at 150% Interest for Pro-se Work.

7.  No Other Relief has been requested other than whats repeated and Amended.

          I, Dwayne Harvey, declare under Penalty of
perjury that the foregoing is true and correct.

                                    _Dwayne Harvey_
                                        Signature

I Declare Under Penalty of Perjury that on this_____ day of June, 2016, I delivered this complaint/Amended to prison authorities to be mailed to the Pro-se Office of the U.S. District Court, Eastern District of New York. 225 Cadman Plaza East, Brooklyn, Ny 11201.
EXECUTED THIS 30th DAY OF JUNE, 2016  [28 USC § 1746]

          _Dwayne Harvey_          +_____

EXHIBIT (H):

## DESIGNATION OF AGENT FOR ACCESS TO SEALED
## RECORDS PURSUANT TO NYCPL 160.50 AND 160.55

I, Dwayne Harvey, Date of Birth _2 /12 / 63_ SS#_044 56 4200_ pursuant to CPL §§ 160.50 and 160.55, hereby designate ZACHARY W. CARTER, Corporation Counsel of the City of New York, or his authorized representative, as my agent to whom records of the criminal action terminated in my favor entitled <u>People of the State of New York v. Dwayne Harvey</u>, Docket No. or Indictment No._2015QN038657_ Criminal Court, County of _Queens_, State of New York, relating to my arrest on or about August 4, 2015, may be made available.

I understand that until now the aforesaid records have been sealed pursuant to CPL §§ 160.50 and 160.55, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of CPL §§ 160.50 and 160.55.

The records to be made available to the person designated above comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL §§ 160.50 and 160.55.

_Dwayne Harvey_
Dwayne Harvey

STATE OF NEW YORK,  )
                    : SS:
COUNTY OF _BRONX_ )

On this _15th_ day of _June_, 2016, before me personally came Dwayne Harvey, to me known and known to me to be the individual described in and who executed the foregoing instrument, and he acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

FATAI O LAWAL
NOTARY PUBLIC-STATE OF NEW YORK
No. 02LA6135586
Qualified in Queens County
My Commission Expires October 24, 20[__]

Docket #
2015 QN 038657

CERTIFICATE OF SERVICE

STATE OF NEW YORK)
                 )SS.:
COUNTY OF BRONX  )

        I, Dwayne Harvey, declare under penalty of
perjury that the foregoing is true and correct.

1.  I am the Plaintiff Pro-se and i'm located at, 11-11 Hazen
    Street, East Elmhurst, Ny 11370, On Rikers Island. I have
    Placed the Following: AMENDED COMPLAINT With Exhibits On The
    Below Listed Parties: By Placing Same Inside of A Facility
    Mail Box.

    U.S. DISTRICT COURT CLERKS OFFICE
         Eastern District of New York
              225 Cadman Plaza East
              Brooklyn, Ny 11201

    New York City Corporation Counsel
         Department of Law
         100 Church Street
         New York, Ny 10007
         Zachary W. Carter, Esq.

    DATED: JUNE 30 , 2016

                              Signature

                              _Dwayne Harvey_____

I, Dwayne Harvey, declare under the penalty of perjury
that the foregoing is true and correct. [28 USC 1746]
        EXECUTED THIS 30th DAY OF JUNE, 2016


                    Signature

                    _Dwayne Harvey_____