UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DWAYNE HARVEY,

        Plaintiff,

        - against -

CITY OF NEW YORK, et al.,

        Defendants.
---------------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.

**MEMORANDUM AND ORDER**
16-CV-901 (RRM) (LB)

On October 30, 2017, this Court issued a Memorandum and Order dismissing all claims of *pro se* plaintiff Dwayne Harvey and granting Harvey 30 days to seek leave to amend as to some of those claims. (Mem. and Order (Doc. No. 30).) Thirty days have since elapsed, and the Court has not received anything from Harvey. Accordingly, the action is dismissed in its entirety without prejudice.

The Clerk of Court is respectfully directed to enter judgment, mail a copy of this Memorandum and Order and the accompanying Judgment to plaintiff Dwayne Harvey, *pro se*, note the mailing on the docket, and close this case.

SO ORDERED.

Dated: Brooklyn, New York
     February 27, 2018

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge